UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE EDWARDS # 193507,

    Plaintiff,	Case No. 15-cv-11424

v.	Paul D. Borman
    United States District Judge

ANIL PRASAD, M.D.,
GHULAM DASTGIR, M.D.,	Patricia T. Morris
and PRISON HEALTH SERVICE,	United States Magistrate Judge
a/k/a CORIZON HEALTH, INC.,
    Defendants.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE MORRIS'S OCTOBER 31, 2016
REPORT AND RECOMMENDATION (ECF NO. 61),
(2) GRANTING DEFENDANTS CORIZON HEALTH, INC., AND DR. ANIL
PRASAD'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 40),
(3) GRANTING DEFENDANT GHULAM DASTGIR, MD'S JOINDER AND
CONCURRENCE IN DEFENDANTS CORIZON HEALTH, INC. AND
DR. ANIL PRASAD'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 46), AND
(4) DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

    On October 31, 2016, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to grant Defendants' Corizon Health, Inc. And Dr. Anil Prasad's Motion for Summary Judgment (ECF No. 40) and to grant Defendant Ghulam Dastgir, MD's joinder in that Motion (ECF No. 46). Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Defendants' Motions to

Dismiss (ECF Nos. 40 and 46), and DISMISSES Plaintiff's Complaint WITH PREJUDICE.

IT IS SO ORDERED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  December 6, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 6, 2016.

                                                s/Deborah Tofil
                                                Case Manager